

# Barley Snyder LLC
### ATTORNEYS AT LAW

126 East King Street
Lancaster, PA 17602-2893
Tel 717.299.5201  Fax 717.291.4660
www.barley.com

George C. Werner, Esquire
Direct Dial Number: 717.399.1511
E-mail: gwerner@barley.com

November 14, 2006

To: RODNEY
    +GREG
FROM: HOC
11/20/06

Carvell Distributing Company, Inc.
700 Morse Avenue
Elk Grove Village, IL 60007

Re:  U.S. Patent No. 6,920,723.

Dear Sirs:

We represent Dodge-Regupol, Incorporated (DRI) in connection with intellectual property matters. DRI is the owner of U.S. Patent No. 6,920,723 ('723 Patent), directed to impact sound insulation. For your reference, enclosed is a copy of this patent. It has come to our attention that Carvell Distributing company is offering sound insulation flooring material manufactured by RB Rubber Products under its Silent Tread™ trademark.

On January 31, 2006, DRI filed suit in the U.S. District Court for the Middle District of Pennsylvania against RB Rubber Products, Inc., asserting that RB Rubber's Silent Tread™ product line and similar products infringe upon DRI's '723 Patent. A copy of that complaint is also enclosed. The matter is currently proceeding through discovery and is expected to proceed to trial during the 2007 calendar year.

Patent infringement occurs where a company makes, uses, sells, or offers to sell an infringing product. Any use, sale or offer to sell by you of the infringing RB Rubber, Inc.'s Silent Tread™ products would, we believe, constitute infringement of the '723 Patent. Within ten days of the date of this letter, please provide us written assurance that you have ceased offering these infringing products.

As I am sure you will understand, DRI needs to pursue whatever actions it deems necessary to protect its valuable intellectual property rights. DRI is exploring and is prepared to pursue all available legal and equitable remedies if you choose to sell or offer for sale a product infringing the '723 Patent.

*[RECEIVED stamp: NOV 20 2006]*

Lancaster • York • Harrisburg • Reading • Berwyn • Hanover • Chambersburg

November 14, 2006
Page 2

If you have any questions, please contact us.

Sincerely yours,

George C. Werner

GCW/taw:1724482.1
Enclosures