

02/89

# FAX MESSAGE
## COVER PAGE

TO: __B S W__  
ATTN: __Ulf Pöppel__  
FAX NUMBER: __2751 80527__

FROM: DODGE CORK CO., INC.  
P.O. BOX 989  
LAUREL & MANOR STREETS  
LANCASTER, PA. 17603  
FAX: 717-295-3414

Number of Pages being transmitted __2__  
including cover page.

February 20, 1989

If message is unclear or you have any question, please contact us at:  
Phone 717-295-3400 or Telex 848-432

Dear Ulf,

Per our phone conversation, here is a summary of issues which need your input:

1) Proposed Co. names:

   - RDCC       (Regupol and Dodge)
   - PDCC       (Pöppel and Dodge)
   - DPCC       (Dodge and Pöppel)
   - DRG, INC.  (Dodge Regupol Group)
   - PDG, Inc.  (Pöppel Dodge Group)
   - SUMMIT, INC.

   Other recommendations

2) Date of Annual Co. Meeting (Vorstand)

   I would suggest "the last Friday in April" of each year

   Does your understanding of "North American Market" include Mexico?

3) Carlisle information - please send

4) Site for the new factory

   We will be prepared in two weeks to show you the available options in the Lancaster area. I suggest that you try and schedule a trip to review the options so that we can make a decision. At the same time you will have had a chance to review the documents and we can refine them.

5) BSW English Video - please send

6) Financial information

   Please send name(s) of Woerdeutsche Landesbank (Dortmund) contacts

   Please send 1988 monthly BSW umsatz for North America so that we may prepare budget forecasts.

Textor  
H. Te[?]ster  
Dr. Schmedtine  
H. Goonartz  
H. Brintrup  
DB Siegen  
Dresdner Bank  
Leitmann

EXHIBIT 6

BS00046

B S W                                              2/20/89
                                                   Page 2

Attn: 

8)  Please confirm Reichel plans

9)  We require a BSW customer list so that we are aware of which customers not to approach. We have received a number of requests for quotations and we are unable to respond until we have this information.

10) We need additional product literature. Specifically on the:

  • Carpet/floor underlayment
      (eg. Henkel)

  • Construction applications



Thank you for your help.

As we discussed, machinery layout plans will be sent to you tomorrow, 21 Feb. First draft of joint venture documents and other agreements will be sent no later than next Monday 27 February.

                              Personal best wishes,

                              Arthur III
                              Dodge Cork Co., Inc.

BS00047