# Thomsit-floor Dämmunterlage

**wie 22 cm Beton!**

## Technisches Merkblatt
Ausgabe 6-86

### Produktvorteile:
- Universell zur Trittschall- und Wärmedämmung am Boden
- Praktikable Verarbeitung
- Niedrige Einbauhöhe
- Spürbare Steigerung des Gehkomforts
- Dauerhaft gutes Rückstellverhalten
- Hohe Materialdichte, deshalb klebstoffsparend
- Treppengeeignet (5 mm)
- Stuhlrollengeeignet, auf Estrichen mit Fußbodenheizung geeignet
- Alterungsbeständig
- Eignungs- und gütegeprüft

### Verwendungszweck:
Hervorragend geeignet für die Trittschall- und Wärmedämmung am Boden, innerhalb des Thomsit-floor Schall-/Wärmedämm-Systems. Als Dämmunterlage unter Teppich- und Nadelvliesbelägen (auch verspannten Teppichböden), PVC- und CV-Belägen (außer zweischichtigen Belägen), Polyurethanbeschichtungen innerhalb des Thomsit Top I Systems, Parkett und keramische Fliesen.
Auf Nutzbelägen wie PVC, Linoleum, Stein- und Flexfliesen, versiegeltem Parkett, auf Treppen (5 mm), Estrichen, Rohdecken und gespachtelten Holzdielen.
Stuhlrollengeeignet bei Belastung durch Stuhlrollen nach DIN 68131. Auf Estrichen mit Fußbodenheizung geeignet.

### Zusammensetzung:
Mit hochwertigem Polyurethan gebundene Spezialmischung.

### Eigenschaften:
Farbe: schwarz
Lieferform: Bahnenware
Materialdicke: 3 und 5 mm
Gewicht: 600 g/mm/m²
Reinigungsbeständigkeit: sehr gut



| | |
|---|---|
| Stuhlrolleneignung: | ja – bei Belastung durch Stuhlrollen nach DIN 68131 |
| Dämmstärke: | 3,0 mm Thomsit-floor Dämmunterlage sind so dämmstark wie 20 cm Beton |
| | 5,0 mm Thomsit-floor Dämmunterlage sind so dämmstark wie 22 cm Beton |
| Trittschall-Verbesserungsmaß: | 3,0 mm: 20 dB in Verbindung mit 2 mm PVC |
| | 5,0 mm: 22 dB in Verbindung mit 2 mm PVC |
| Wärmeleitfähigkeit: | 0,120 W/mk |
| Wärmedurchlaßwiderstand: | Thomsit-floor Dämmunterlage 3 mm: $1/\lambda = 0,025$ m² K/W |
| | Thomsit-floor Dämmunterlage 5 mm: $1/\lambda = 0,041$ m² K/W |

### Vorbereitung des Untergrundes:
Die Untergründe müssen der DIN 18365 entsprechen.






**Thomsit** — Fortschritt in der Verlegetechnik

EXHIBIT 7

BS00112

## Thomsit-floor® auf Holzdielen

Erforderlichenfalls ist der Dielenboden im Bereich der Balkenlagen nachzuschrauben oder mit Schraubnägeln zu nageln. Bei Dielenbrettern ohne Nut und Feder kann zusätzlich der Dielenfugenbereich verkantet, genagelt oder mit Spezialschrauben verschraubt werden. Durch diese Maßnahme wird eine Bewegung der Dielen als Einzelelement verhindert. Jetzt den Untergrund mit Thomsit Tunoprene-Vorstrich vorbehandeln. Breitere Fugen im Dielenbereich nach Abtrocknung des Vorstriches mit einer kompakt angerührten Masse Thomsit-floor System-Ausgleich ausfüllen. Nun das Thomsit-floor Armierungsgewebe auf der gesamten Fläche leicht ausspannen und mit einem Tacker mittels Heftklammern befestigen. Im Nahtbereich mindestens 3 cm überlappend verlegen. Das Armierungsgewebe dient als Stabilisator und Druckverteiler für später auf den Boden einwirkende Belastungen wie z.B. schwere Möbel etc. Für gute Be- und Entlüftung des Holzbodens muß gesorgt werden (Luftsiebe im Bereich der Scheuerleisten).

Auf den so vorbereiteten Untergrund Thomsit-floor System-Ausgleich, im Verhältnis 3,5 Raumteile Pulver : 1 Raumteil Wasser, klumpenfrei anrühren. Für einen Sack (25 kg) 6-7 l Wasser nehmen. Zum Egalisieren sollte der Spachtelbrei fließfähig eingestellt werden. Zum klumpenfreien Anrühren elektrisches Rührgerät mit max. 600 U/min. benutzen. Spachtelbrei mit Glättkelle in gewünschter Schichtdicke (mind. 3 mm) auf den Untergrund auftragen. Nach ca. 2 Stunden hat sich die Spachtelschicht bereits so verfestigt, daß eine Glättspachtelung mit Thomsit-floor System-Ausgleich möglich ist. Nach einer Trocknungszeit von ca. 24 Stunden ist Thomsit-floor System-Ausgleich verlegereif. Jetzt können die Thomsit-floor Dämmunterlage und darauf Bodenbeläge verlegt werden.

## Thomsit-floor® Verlegung

Verlegung der Dämmunterlage:
Die Thomsit-floor Dämmunterlage wird bahnenweise im Raum ausgelegt. Je Bahn eine Längenzugabe von 1% vornehmen. Bei der anschließenden Klebung von keramischen Fliesen im Randbereich 3-5 mm Freiraum lassen. Grobzuschnitt am zweckmäßigsten mit „Hoogs"-Elektroscheren, Typen „Herkules-BW" bzw. „Favorit", oder einem Fußbodenmesser durchführen. Danach Bahnen zur Hälfte zurückschlagen und auf den vorbereiteten Untergrund Thomsit K 188 Spezialkleber, T 410 Tuno-Teppichkleber, Tunotex oder everspray T auftragen.
Dann die Bahnen in den Klebstoff einlegen, auf dichten Nahtverschluß achten und gut anreiben. Mit den zweiten Bahnenhälften ebenso verfahren. Jetzt den Zuschnitt im Wandbereich vornehmen.



T410

| A3 | Zahnlückentiefe | 1,65 mm |
| | Zahnlückenbreite | 1,5 mm |
| | Zahnbrückenbreite | 0,5 mm |

vergleichbar Pajarito 61

| B1 | Zahnlückentiefe | 2,1 mm |
| | Zahnlückenbreite | 2,3 mm |
| | Zahnbrückenbreite | 2,7 mm |

vergleichbar Pajarito 62

Tuno-tex — Thomsit-Roller G

everspray T — Thomsit everspray 4500 oder 2500

BS00113

### Thomsit-floor® unter Teppichböden

<u>Verlegung von Teppichböden auf Thomsit-floor Dämmunterlagen:</u>
Zur Klebung von Teppichböden auf Thomsit-floor Dämmunterlagen eignen sich insbesondere Thomsit T 410 Tuno-Teppichkleber, Tunotex sowie everspray T. Eine WA-Verlegung ist unter Verwendung von Quick-Lift-Vlies oder -Netz sowie T 415 Garantie-Systemkleber möglich. Vor Einsatz von T 415 zunächst den Nahtbereich der Dämmunterlage mit Thomsit-floor Flex-Finish abziehen. Danach einen vollflächigen Porenverschluß der Dämmunterlage mit Flex-Finish vornehmen. Nach Durchtrocknung (ca. 12 Std.) T 416 auftragen und 45 bis 60 Minuten trocknen lassen. Dann die Klebung des Teppichbodens mit T 415 vornehmen.





### Thomsit-floor® unter PVC- und CV-Belägen

<u>Verlegung von PVC- und CV-Belägen auf Thomsit-floor Dämmunterlagen:</u>
Vor der Verlegung von PVC- und CV-Belägen, deren Eignung für die Klebung auf Thomsit-floor Dämmunterlagen gewährleistet sein muß, zunächst den Nahtbereich der Dämmunterlage mit Thomsit-floor Flex-Finish abziehen.

**Thomsit-floor Dämmunterlage 3 mm**
Nun den Flächen-Finish mit dem Thomsit-floor Flex-Finish in der Schichtdicke vornehmen, daß die Dämmunterlage nicht mehr sichtbar ist. Nach Durchtrocknung (ca. 12 Std.) können PVC- und CV-Bodenbeläge mit Thomsit K 188, K 188 E, K 198 oder everspray K aufgeklebt werden. Bei CV-Belägen ist auch die Verwendung von Quick-Lift zur Wiederaufnahme möglich. Eine Abspachtelung der Dämmunterlage ist ebenfalls mit S 800 PU-Spachtelmasse porenfüllend möglich. Nach Anschleifen der PU-Spachtelmasse muß die Klebung der jeweiligen Bodenbeläge ausschließlich mit Thomsit K 188 E erfolgen.



**Thomsit-floor Dämmunterlage 5 mm**
Vor dem Flächen-Finish mit Thomsit-floor Flex-Finish zunächst das Thomsit-floor Armierungsgewebe zur Druckverteilung mit K 182 auf die Dämmunterlage kleben. Nach Abbindung des Klebstoffes (ca. 12 Std.) Thomsit-floor Flex-Finish in der Schichtdicke auftragen, daß das Armierungsgewebe nicht mehr sichtbar ist. Die weiteren Arbeiten sind, wie unter Thomsit-floor Dämmunterlage 3 mm beschrieben, durchzuführen. Eine Abspachtelung der Dämmunterlage ist ebenfalls mit S 810 PU-Spachtelmasse selbstverlaufend möglich. Nach Anschleifen der PU-Spachtelmasse muß die Klebung der jeweiligen Bodenbeläge ausschließlich mit K 188 E erfolgen.



BS00114

### Thomsit-floor® unter Linoleum-Belägen

<u>Verlegung von Linoleum-Belägen auf Thomsit-floor Dämmunterlagen:</u>
Für die Verlegung auf Thomsit-floor Dämmunterlagen eignen sich nur homogene, nicht jedoch zweischichtige Linoleum-Beläge. Vor der Klebung zunächst den Nahtbereich der Dämmunterlage mit Thomsit-floor Flex-Finish abziehen. Nun das Thomsit-floor Armierungsgewebe auf die Dämmunterlage mit Thomsit K 182 aufkleben. Nach Abbindung des Klebstoffes (ca. 12 Std.) den Flächen-Finish mit Thomsit-floor Flex-Finish in der Schichtdicke vornehmen, daß das Armierungsgewebe nicht mehr sichtbar ist. Nach Durchtrocknung (ca. 12 Std.) kann nun Linoleum-Bahnenware mit Thomsit L 260 Tunosol-Linoleum-Kleber auf die Dämmunterlage geklebt werden. Linoleum-Fliesen mit Thomsit K 182 kleben.



### Thomsit-floor® unter Parkett

<u>Verlegung von Parkett auf Thomsit-floor Dämmunterlagen:</u>
Für die Verklebung auf Thomsit-floor Dämmunterlagen eignen sich nur Stab- und Fertigparkett, jedoch kein Mosaik-Parkett. Vor der Klebung des Parketts zunächst den Nahtbereich der Dämmunterlage mit P 600 oder P 618 abziehen. Anschließend kann das Parkett mit P 600 oder P 618 in der üblichen Weise geklebt werden. Bei gewünschter schwimmender Verlegung die Thomsit-floor Dämmunterlage lose auslegen. Nähte mit Thomsit T 501 Textil-Verlegeband auf den Untergrund festlegen. Anschließend Parkett in üblicher Weise mit P 600 oder P 618 kleben.



### Thomsit-floor® unter keramischen Fliesen

<u>Verlegung von keramischen Fliesen auf Thomsit-floor Dämmunterlage:</u>
Zunächst das Thomsit-floor Armierungsgewebe auf die Dämmunterlage mit R 700 Baukleber Ultra aufbringen und vollflächig abspachteln. Nach Abbindung der Spachtelschicht (ca. 24 Std.) können keramische Bodenbeläge mit R 700 aufgeklebt werden. Die Verfugung der geklebten keramischen Materialien kann ebenfalls mit R 700 vorgenommen werden. Zur besseren Verstreichbarkeit 10% Wasser beimischen. Den Randbereich der keramischen Fliesen mit dauerelastischen Fugendichtungsmassen, z.B. SISTA, ausfugen.



### Wichtige Hinweise:

Für die Verarbeitung der genannten Thomsit-Produkte sind die Angaben in den Technischen Merkblättern bzw. Gebinde-Etiketten maßgebend.
Bei Spachtelarbeiten und/oder Verlegungen von Bodenbelägen auf beheizten Fußbodenkonstruktionen sind die Richtlinien des Merkblattes des Zentralverbandes des Deutschen Baugewerbes vom Jan. 1981 „Elastische Bodenbeläge, textile Bodenbeläge und Parkett auf beheizten Fußbodenkonstruktionen" sowie die ergänzenden Hinweise zu diesem Merkblatt vom Juli 1984 zu beachten.
Bezugsquelle Verlagsgesellschaft Rudolf Müller GmbH, Stollbergerstr. 84, 5000 Köln 41.

### Liefergrößen:

Thomsit-floor Dämmunterlage 3 mm
Rollenlänge 35 m
Rollenbreite 1,50 m
Paletten-Versandeinheit: 6 Rollen

Thomsit-floor Dämmunterlage 5 mm
Rollenlänge 25 m
Rollenbreite 1,50 m
Paletten-Versandeinheit: 6 Rollen

Vorstehende Angaben können nur allgemeine Hinweise sein. Die außerhalb unseres Einflusses liegenden Arbeitsbedingungen und die Vielzahl der unterschiedlichen Materialien schließen einen Anspruch aus diesen Angaben aus. Im Zweifelsfalle empfehlen wir ausreichende Eigenversuche. Eine Gewährleistung kann nur für die stets gleichbleibende hohe Qualität unserer Erzeugnisse übernommen werden.



Henkel Düsseldorf
Fußboden-Technik



Thomsit — Fortschritt in der Verlegetechnik

**Thomsit-floor**  
**Insulating underlayer**

As much insulation as 22cm concrete!

## Technical data sheet
Edition 6-86

**Product advantages:**
- Universal for step noise and heat insulation on floor
- Practical packaging
- Low installation thickness
- Detectable increase in walking comfort
- Good long-term elasticity
- High material density, thus saving glue
- Good for stairs (5mm)
- Good for wheelchairs, suitable for floors with in-floor heating
- Aging-resistant
- Tested for suitability and quality

**Applications:**
Outstanding for step noise and heat insulation on floor, as part of the Thomsit-floor noise/heat insulation system. Insulating underlayer under carpet and needle felt coverings (also wall-to-wall carpet), PVC and CV coverings, linoleum (except for double-layer coverings), polyurethane coating in the Thomsit Top I system, parquet floors and ceramic tile.
Suitable on utility surfaces such as PVC, linoleum, stone, and flexible tile, sealed parquet, on carpet (5mm), floating floors, rough roofs, and wooden floorboard.
Suitable for wheelchairs subject to wheel load from chair rolling per DIN 88131. Suitable on floors with in-floor heating.

**Composition:**
Special mixture combined with high-quality polyurethane.

**Properties:**
*Color:* black  
*Form of delivery:* roll  
*Material thickness:* 3 or 5mm  
*Weight:* 600 g/mm/m$^2$  
*Cleaning resistance:* very good  
*Wheelchair suitability:* yes – when loaded by DIN 68131 wheelchairs  
*Insulation thickness:*  
3.0mm Thomsit-floor insulating underlayer as insulating as 20cm concrete  
5.0mm Thomsit-floor insulating underlayer as insulating as 22cm concrete  
*Step noise improvement:*  
3.0mm: 20 dB in combination with 2mm PVC  
5.0mm: 22 dB in combination with 2mm PVC  
*Heat conductivity:*  
0.120 W/mk  
*Heat resistance:*  
Thomsit-floor insulating underlayer 3mm: $1/\lambda = 0.025$ m$^2$ K/W  
Thomsit-floor insulating underlayer 5mm: $1/\lambda = 0.041$ m$^2$ K/W

**Preparation of substrate:**
Substrate must comply with DIN 18365.

**Thomsit-floor® on wooden floorboards**
If necessary, the wooden floor should be screwed or nailed down in the vicinity of the joists. For floorboards without grooved fitting, the board cracks can also be edged, nailed, or screwed down with special screws. This prevents any movement of the boards individually. Next, pretreat the substrate with Thomsit tunoprene primer. Fill in wider cracks in the board area after the primer dries, using a compact, stirred mass of Thomsit-floor system filler. Next, spread the Thomsit-floor reinforcing mesh out with a slight tension, and staple with a staple gun. Overlap at least 3cm in the seam regions. The reinforcing mesh serves as a stabilizer and pressure distribution for loads later put onto the floor, such as heavy furniture, etc. Be sure of good airing and ventilation of the wooden floor (air sieve in the area of the skirting.)
On the substrate prepared in this way, apply Thomsit-floor system spackle, in the ratio of 3.5 volumes of powder to 1 volume water, stirred to remove lumps. For one sack (25kg), use 6 to 7 liters of water. To equalize, the spackle paste should be runny. To stir without lumps, use an electric mixer at no more than 600 RPM. Apply the spackle to the substrate in the desired thickness (at least 3mm) with a spreader. After about 2 hours, the spackle will have hardened to the point that you can smooth it with Thomsit-floor system filler. After a drying period of about 24 hours, Thomsit-floor system filler is ready to be used. Now the Thomsit-floor insulating underlayer and a floor covering can be installed.

Figure:
Textile floor covering
Thomsit-floor insulating underlayer, 5mm
Thomsit-floor system filler
Thomsit-floor reinforcing mesh
Thomsit tunoprene primer

**Thomsit-floor® installation**
Installing the insulating underlayer:
The Thomsit-floor insulating underlayer is laid in strips in the room. For each strip, add 1% in length for safety. When gluing ceramic tile afterwards, leave 3-5mm free space at the edges. The rough cut is best made with "Hoogs" electric scissors of type "Herkules-BW" or "Favorit", or with a carpet knife. Then fold the strips back in halves and apply Thomsit K 188 special adhesive, T 410 Tuno carpet adhesive, Tunotex, or everspray T to the prepared substrate. Then lay the strips onto the adhesive, be sure the seams are tight, and smooth well. Do the same with the second half of each strip. Next, cut at the walls.

T410
A3   (comparable to Pajarito 61)
Tooth depth 1.65mm
Tooth gap width 1.5mm
Tooth width 0.5mm

B1 (comparable to Pajarito 62)
Tooth depth 2.1mm
Tooth gap width 2.3mm
Tooth width 2.7mm

Tuno-text
Thomsit roller G

everspray T
Thomsit everspray 4500 or 2500

BS00124

**Thomsit-floor® under carpet**
Installing carpet on Thomsit-floor insulating underlayer:
For gluing carpet onto Thomsit-floor insulating underlayer, T 410 Tuno carpet adhesive, Tunotex, and everspray T are especially suitable. A WA layout is possible using Quick-Lift mat or mesh and T 415 Guarantee system glue. Before using T 415, first coat the seams of the insulating underlayer with Thomsit-floor Flex-Finish. Then seal all the pores in the surface of the insulating underlayer with Flex-Finish. After thorough drying (about 12 hours), apply T 415 and allow it to dry for 45 to 60 minutes. Then do the gluing of the carpet using T 415.

Figure:
Textile floor covering
Thomsit-floor insulating underlayer, 5mm
Thomsit DX floor filler

Textile floor covering
Thomsit Quick-Lift WA web
Thomsit-floor insulating underlayer, 5mm
Thomsit DX floor filler

**Thomsit-floor® under PVC and CV coverings**
Installation of PVC and CV coverings on Thomsit-floor insulating underlayer:
Before applying PVC and CV coverings, whose suitability for gluing onto Thomsit-floor insulating underlayer must be guaranteed, first seal the seams of the insulating underlayer with Thomsit-floor Flex-Finish.

**Thomsit-floor insulating underlayer 3mm**
Next, apply the surface finish with Thomsit-floor Flex-Finish sufficiently thick that the insulating underlayer is no longer visible. After drying (about 12 hours), PVC and CV floor coverings can be glued on with Thomsit K 188, K 188 E, K 198, or everspray K. For CV coverings, the use of Quick-Lift for removal is also possible. Spackling of the insulating underlayer to fill pores is also possible with S 800 PU spackling compound. After sanding the PU spackling compound, you must only use Thomsit K 188 E for gluing of the floor covering.

Figure:
PVC floor covering
Thomsit-floor Flex-Finish
Thomsit-floor insulating underlayer, 3mm
Thomsit DX floor filler

**Thomsit-floor insulating underlayer 5mm**
Before finishing the floor with Thomsit-floor Flex-Finish, first glue Thomsit-floor reinforcing mesh onto the insulating underlayer with K 182 for distribution of pressure. After the glue has set (about 12 hours), apply Thomsit-floor Flex-Finish thick enough that the reinforcing mesh is no longer visible. The other tasks described above for Thomsit-floor insulating underlayer 3mm must also be performed.
Spackling of the insulating underlayer is of course possible, with S 810 PU spackling compound. After sanding the PU spackling compound, you must only use Thomsit K 188 E for gluing of the floor covering.

Figure:
CV floor covering
Thomsit-floor Flex-Finish
Thomsit-floor reinforcing mesh
Thosmit-floor insulating underlayer, 5mm
Thomsit DX floor filler

**Thomsit-floor® under lineoleum covering**
Installation of linoleum covering on Thomsit-floor insulating underlayer:
For installation on Thomsit-floor insulating underlayer, only homogeneous linoleum coverings are suitable, but not double layers. Before gluing, first seal the seams of the insulating underlayer with Thomsit-floor Flex-Finish. Next, glue Thomsit-floor reinforcing mesh onto the insulating underlayer with Thomsit K 182. After the adhesive sets (about 12 hours), apply surface finish with Thomsit-floor Flex-Finish in a layer thick enough that the reinforcing mesh is no longer visible. After thorough drying (about 12 hours), linoleum rolled goods can be glued onto the insulating underlayer using Thomsit L 260 Tunosol linoleum adhesive. Linoleum tiles must be glued with Thomsit K 182.

Figure:
Linoleum floor covering
Thomsit-floor Flex-Finish
Thomsit-floor reinforcing mesh
Thomsit-floor insulating underlayer 5mm
Thomsit-floor DX floor filler

**Thomsit-floor® under parquet**
Installing parquet on Thomsit-floor insulating underlayer:
For gluing on Thomsit-floor insulating underlayer, only rod and finished parquet are suitable, not mosaic parquet. Before gluing the parquet, first seal the seams of the insulating underlayer with P 600 or P 618. Then the parquet can be glued in the usual manner with P 600 or P618. If floating installation is desired, Thomsit-floor insulating underlayer can be laid loosely. Fasten the seams to the substrate with Thomsit T 510 textile carpet tape. Then glue the parquet in the usual manner with P 600 or P 618.

Figure:
Rod parquet
Thomsit-floor insulating underlayer 5mm
Thomsit DX floor filler

**Thomsit-floor® under ceramic tiles**
Installation of ceramic tiles on Thomsit-floor insulating underlayer:
First apply the Thomsit-floor reinforcing mesh onto the Thomsit-floor insulating underlayer using R 700 Ultra construction adhesive and spackle the entire surface. After the spackle has set (about 24 hours) ceramic floor tiles can be glued on with R 700. Grouting of the glued ceramic material can also be done with R 700. For better application, mix in 10% water. Grout the edges of the ceramic tiles with a long-life elastic grout sealing compound, e.g. SISTA.

Figure:
Ceramic floor tiles
Thomsit R 700 Ultra construction adhesive
Thomsit-floor reinforcing mesh
Thomsit-floor insulating underlayer 5mm
Thomsit DX floor filler

**Important tips:**
When handling the Thomsit products listed, the specifications of the technical data sheets or package labels apply.
When spackling or installing floor coverings on heated floor structures, the guidelines of the data sheet from the Central Union of German Construction Companies of January 1981, "Elastic Floor Coverings, Textile Floor Coverings, and Parquet on Heated Floor Structures" and the added tips on that data sheet of July, 1984, must be followed.
Reference: Rudolf Müller Publishers, Stollbergerstr. 84, 5000 Cologne 41.

Delivery sizes:
Thomsit-floor insulating underlayer 3mm
Roll length 35 m
Roll width 1.50 m
Pallet shipping unit: 6 rolls

Thomsit-floor insulating underlayer 5mm
Roll length 25 mm
Roll width 1.50 mm
Pallet shipping unit: 6 rolls

The preceding information is only intended as general information. Working conditions outside our influence and the variety of different materials used make it impossible to guarantee this information.
In case of doubt, we recommend performing sufficient testing. We can only guarantee the continual high quality of our products.
Thomsit: *progress in application technology*

BS00126