**DODGE-REGUPOL** 
INCORPORATED

July 6, 1989

Ms. Julie Brumbelow
SHAW INDUSTRIES
P. O. Drawer 2128
Dalton, GA  30722

Dear Ms. Brumbelow:

On behalf of my colleague, Peter Breuer, I wish to take this opportunity to thank you for having spent time with him and Mr. Kurt Reichel. We appreciate the opportunity to introduce the Berleburger Schaumstoffwerk as well as our new company, Dodge-Regupol, Inc.  As Mr. Breuer indicated during his visit, BSW has been successfully supplying the European carpet industry with Regupol, a recycled rubber product, for the past decade. The demonstrated success of this product in the European market, we believe, is directly transferable to the North American market.

Our new manufacturing facility, to be located in Lancaster, Pennsylvania, will come on line in early 1990. Prior to that date, we hope to establish a relationship with a major carpet manufacturer such as Shaw Industries so that we may successfully transfer the experience that we have obtained in the global market to North America. In this regard, we look forward to your assistance in helping us refine the focus of a product development program to meet your current and anticipated future needs.

The key to any successful program is a satisfied customer. In this regard, any assistance that you can give us, or any information as to specific product characteristics would be most appreciated. Mr. Breuer has indicated that he'll be forwarding samples and additional technical literature to you upon his return to Germany.

If we can be of any further assistance, please do not hesitate to contact me directly. I look forward to meeting you in the near future.

Sincerely,

Arthur B. Dodge, III

bp
cc:  Mr. Peter Breuer, BSW



11 LAUREL STREET • P.O. BOX 989 • LANCASTER, PA 17603 • (717) 295-3400 • TELEX 848-432 • FAX (717) 295-3414

BS00056