

# DODGE-REGUPOL
INCORPORATED

July 6, 1989

Dr. Dennis Riddell
MILLIKEN CARPET
Live Oak Plant
300 Industrial Drive
LaGrange, GA  30240

Dear Dr. Riddell:

On behalf of my colleague, Mr. Peter Breuer, I wish to take this opportunity to thank you for the time you spent with him last Thursday.  We very much appreciate the opportunity to introduce both the Berleburger Schaumstoffwerk as well as Dodge-Regupol, Inc. to your company and review the opportunity for our development of a business relationship.

As Mr. Breuer indicated, BSW has been a primary supplier of recycled rubber underlayment to European carpet manufacturers for the past decade.  The demonstrated success of this unique underlayment as part of an over all flooring system in the European Market, we believe, has comparable potential for the North American Market.  Clearly, the North American and European Markets are different with unique characteristics and standards established for both.  However, with your assistance we believe we can develop a product which will not only meet your needs, but prove to be superior in performance and quality to comparable underlayments which are currently available.

Mr. Breuer will be forwarding you samples and additional technical information with regard to current applications of Regupol in the European Market.  We look forward to your having the opportunity to evaluate the product and potential applications.  Should you need any further information, please do not hesitate to contact us at the above address.

Sincerely,

Arthur Dodge, III

bp
cc:  Mr. Peter Breuer, BSW

EXHIBIT
9

11 LAUREL STREET • P.O. BOX 989 • LANCASTER, PA 17603 • (717) 295-3400 • TELEX 848-432 • FAX (717) 295-3414

BS00057