IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DODGE-REGUPOL, INC. | : | 3:06-cv-00236 |
| Plaintiff, | : | |
| v. | : | |
| RB RUBBER PRODUCTS, INC. | : | |
| Defendant. | : | Hon. John E. Jones III |

## ORDER

**December 7, 2010**

     This action was closed pursuant to the Court's approval of Plaintiff Dodge-Regupol's Motion to Voluntarily Dismiss under Federal Rule of Civil Procedure 41(a)(2) on November 12, 2008. (Doc. 99.) The action was reopened to address the parties' competing Motions for Attorneys' Fees and Costs . (Docs. 106, 121.) Pursuant to the March 31, 2010 Opinion and Order issued by Magistrate Judge Carlson and this Court's Memorandum and Order issued on this date, there are no pending motions in this action.

**NOW, THEREFORE, IT IS HEREBY ORDERED:**

    1.    The Clerk is directed to **CLOSE** this case.

 

_____
John E. Jones III
United States District Judge