NOTE: This order is nonprecedential.

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

## O R D E R

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R. App. P. 42 (b).

FOR THE COURT,

*Jan Horbaly*

Jan Horbaly
Clerk

02/23/11

cc:   Clerk's Office, DCT
      Rudolph A. Telscher, Jr.
      Robert C. Nissen

**ISSUED AS A MANDATE:** <u>02/23/11</u>

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

FEB 23 2011

JAN HORBALY
CLERK

DODGE-REGUPOL V RB RUBBER, 2011-1174
DCT - 06-CV-0236

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT
IS A TRUE AND CORRECT COPY
OF THE ORIGINAL ON FILE
UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT
By_____ Date: 2/23/2011

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

2011-1174

DODGE-REGUPOL, INC.,

Plaintiff-Appellee,

v.

RB RUBBER PRODUCTS, INC.,

Defendant-Appellant.

Appeal from the United States District Court for the Middle District of Pennsylvania in case no. 06-CV-0236, Judge John E. Jones, III.

# O R D E R

**FILED**
**SCRANTON**

FEB 2 6 2011

Per_____
DEPUTY CLERK

U.S. COURT OF APPEALS FOR THE FEDERAL CIRCUIT
HOWARD T. MARKEY NATIONAL COURTS BUILDING
717 MADISON PLACE, N.W.
WASHINGTON, DC 20439

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE, $300

MD/PA, Clerk's Office
Post Office Box 1148
Scranton, PA  18501-1148

RECEIVED
SCRANTON

FEB 25 2011

PER _____
DEPUTY CLERK _____

US OFFICIAL MAIL
$300 Penalty
For Private Use

018H26601391

$ 00.440

Mailed From 20439
02/23 2011
US POSTAGE

Hasler